Same case below, 384 Fed. Appx. 647.

Same case below, 84 So. 3d 171.

**No. 10-1452. John Henry Ryskamp, Petitioner v. Commissioner of Internal Revenue.**

565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 6811.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-1453. Joseph Planey, Petitioner v. Suzanna Planey.**

565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 6950, 

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Mahoning County, denied.

**No. 10-1454. Jessica Lauren Wicky, Petitioner v. Cristano C. Oxonian, Personal Representative of the Estate of Maria I. Oxonian, et al.**

565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5408.

October 3, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 54 So. 3d 983.

**No. 10-1455. Fernandos Taylor, Petitioner v. James Taylor, et al.**

565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5301, 

October 3, 2011. Petition for writ of certiorari to the Court of Civil Appeals of Alabama denied.

**No. 10-1457. Roger Barnett, Petitioner v. Ana Maria Vicente, et al.**

565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5632.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 415 Fed. Appx. 767.

**No. 10-1458. Aura Quinones, Petitioner v. Neighborhood Youth & Family Services, Inc., et al.**

565 U.S. 822, 132 S. Ct. 109, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5490, 

October 3, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Second Judicial Department, denied.

Same case below, 71 App. Div. 3d 1106, 896 N.Y.S.2d 908.

**No. 10-1459. Cecil Dudgeon, Petitioner v. Henry Richards.**

565 U.S. 822, 132 S. Ct. 110, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5339.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-1461. Miloslav Muller, Petitioner v. New Mexico Livestock Board, et al.**

565 U.S. 822, 132 S. Ct. 110, 181 L. Ed. 2d 35, 2011 U.S. LEXIS 5291.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.